**Annette SHARIF, Plaintiff—Appellant,**

v.

**R. Peter MASTERTON, Department of the Army, Defendant—Appellee.**

**No. 11–1585.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 4, 2011.

Annette Sharif, Appellant Pro Se.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annette Sharif appeals the district court's order dismissing her civil complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (2006), and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sharif v. Masterton*, No. 3:11–cv–00160–JRS (E.D. Va. April 19, 2011; May 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*